UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LUIS DIOU-BERDECIA,

    Plaintiff,

v.                                                        Case No: 8:22-cv-2699-JSS

MIKE FASANO, OFFICE OF THE
TAX COLLECTOR, TIMOTHY
COUET and PATRICIA DAERDA,

    Defendants.
_____/

## ORDER

The court has been notified by the parties that the above-styled action has been settled. Accordingly, pursuant to Middle District of Florida Local Rule 3.08(b), this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose <u>or</u> for any party to move to reopen the action, upon good cause shown. After that 60-day period, however, dismissal shall be with prejudice. Any pending motions are **DENIED** as moot and the Clerk is **DIRECTED** to terminate all deadlines and close this case.

**ORDERED** in Tampa, Florida on March 30, 2023.

JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record